UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY D. GRIFFETH,

      Plaintiff,

                                                       Civil No. 04-74754
                                                       Hon. John Feikens

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

**OPINION AND ORDER**

      Plaintiff Griffeth objects to the Report and Recommendation of the magistrate. The time has passed for any response to those objections. Local Rule 72.1(d)(3). There is strong evidence that Plaintiff managed to have a full life that included both work and hobbies for many years, despite having the physical and mental difficulties he describes. See Farris v. Secretary of HHS, 773 F.2d 85, 89-90 (6th Cir. 1985) (whether the impairment prevents the claimant from working is the key statutory question). Therefore, I adopt in full the report and recommendation of the magistrate: I DENY Plaintiff's Motion for Summary Judgment, and GRANT Defendant's Motion for Summary Judgment. **IT IS SO ORDERED.**

Date:  December 13, 2005                    s/John Feikens
                                                    United States District Judge

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on December 13, 2005, by U.S. first class mail or electronic means.

                              s/Carol Cohron
                              Case Manager